1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant RODRIGUEZ-SAVEDRA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-00865 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS HEARING |
| | ) | AND EXCLUSION OF TIME |
| | ) | |
| ROGILIO RODRIGUEZ- | ) | |
| SAVEDRA, | ) | |
| | ) | |
| Defendant. | | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties, that the status date in this case, currently scheduled for Friday, December 11, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, December 18, 2009, at 9:00 a.m. for status or change of plea.  The reason is that defense counsel needs time to meet with Mr. Rodriguez-Savedra to review additional discovery with the assistance of an interpreter.  The parties stipulate that the time from December 11, 2009, to December 18, 2009 should be excluded in accordance with the provisions of the Speedy

Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel to allow defense counsel to review the information with Mr. Rodriguez-Savedra

DATED: 12/04/09                        ____/s/_____
                                           JOYCE LEAVITT
                                           Assistant Federal Public Defender

DATED: 12/04/09                       _____/s/_____
                                           WADE RHYNE
                                           Assistant United States Attorney

    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, scheduled for Friday, December 11, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued one week to Friday, December 18, 2009, at 9:00 a.m. for status or change of plea.

    IT IS FURTHER ORDERED that the time from December 11, 2009, to December 18, 2009 should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to review the additional information with Mr. Rodriguez-Savedra..  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

    SO ORDERED.

DATED:    December 10, 2009                            _____
                                                  HONORABLE D. LOWELL JENSEN
                                                  United States District Judge